IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-CV-1023-CMA-SKC

THERESA LOPEZ,

    Plaintiff,

v.

LUDVIK ELECTRIC COMPANY and
ROBERT WATKINS,
Individually and in his capacity as agent
for Ludvik Electric Company, Inc.

    Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

    Plaintiff Theresa Lopez and Defendants Ludvik Electric Company ("Ludvik") and Robert Watkins ("Watkins), by and though their undersigned attorneys and pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal of this case and all causes of action with prejudice, with each side to bear their own attorneys' fees and costs.

DATED: May 12, 2022.

| | |
|---|---|
| /s/ Robin Cochran | /s/ Matthew Morrison |
| Robin Cochran | Matthew M. Morrison (CO Bar No. 41323) |
| 3535 West 12th Street, Suite D | Spencer Fane, LLP |
| Greeley, CO 80634 | 1700 Lincoln Street, Suite 2000 |
| robincochranlaw@aol.com | Denver, CO 80203 |
| | (303) 839-3788 |
| *Counsel for Plaintiff* | mmorrison@spencerfane.com |
| | |
| | *Attorney for Defendants* |

1

2

## CERTIFICATE OF SERVICE

   I hereby certify that on this 12th day of May, 2022, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Robin Cochran
3535 West 12th Street, Suite D
Greeley, CO 80634
robincochranlaw@aol.com

*Counsel for Plaintiff*


               _/s/ Olivia Hintz_
               Paralegal Assistant

DN 6222329.1